**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
―――――――――

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

September 26, 2007

CASE TITLE:   LILIAN GUTERRES-v-CALIFORNIA SUPERIOR COURT
RECEIVED FROM: U.S. District Court, Eastern District of CA (Sac)

CASE NUMBER:   CV 07-04966 SBA

TO COUNSEL OF RECORD:

   The above entitled action has been transferred to this District. All future filings should reflect the above case number.

                                Sincerely,

                                RICHARD W. WIEKING, Clerk



                                by:   _____/s/_____
                                     Jessie Mosley
                                     Case Systems Administrator

o:\mrg\civil\transin.mrg