FILED
OCT 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | CASE NO. |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendant. |  |

(PR)

I, LILIAN Gutierres, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or                    Yes ___  No  X
10          self employment
11     b.   Income from stocks, bonds,                 Yes ___  No  X
12          or royalties?
13     c.   Rent payments?                             Yes ___  No  X
14     d.   Pensions, annuities, or                    Yes ___  No  X
15          life insurance payments?
16     e.   Federal or State welfare payments,         Yes ___  No  X
17          Social Security or other govern-
18          ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.

21 _____
22 _____

23 3.      Are you married?                                  Yes  X  No ___
24 Spouse's Full Name: ___DAVID (LEGALLY SEPARATED)___
25 Spouse's Place of Employment: ___T & J TRUCKING___
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _45,000_____ Net $_____
28 4.      a.    List amount you contribute to your spouse's support:$ __0__

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

DAUGHTER + MOTHER
_____

5.  Do you own or are you buying a home?   Yes ____  No _X_

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ____  No _X_

Make _____  Year _____  Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____
_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No _X_  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No _X_
_____

8.  What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____Seton Medical Hospital - $50,000.00_____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  10/2/07                              [signature]
17  DATE                                 SIGNATURE OF APPLICANT

```
REPORT ID: TS3030   701                              REPORT DATE: 10/02/07
                                                     PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          VALLEY STATE PRISON FOR WOMEN
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: SEP. 01, 2007 THRU OCT. 02, 2007

ACCOUNT NUMBER : X06750                    BED/CELL NUMBER: A 1 FL000000004L
ACCOUNT NAME   : GUTERRES, LILLIAN              ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                               TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION      COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----   -----------      -------      ---------   --------   -----------   -------

09/01/2007    BEGINNING BALANCE                                                   353.60

09/11  FC01  DRAW-FAC 1      0719 FAC A                              100.00       253.60
09/14  W502  POSTAGE CHARG   0782 AUG07                               33.98       219.62

                                TRUST ACCOUNT SUMMARY

   BEGINNING        TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
   BALANCE         DEPOSITS     WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
   ---------       --------     -----------    ---------      -------       ------------
    353.60          0.00          133.98         219.62         0.00            0.00


                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                              ---------
                                                               219.62
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LILIAN GUTERRES,
    Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:07-CV-01899-GEB-EFB

SUPERIOR COURT OF CALIFORNIA,
    Defendant(s)/Respondents(s).

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

☒ **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: 10/7/09            Signature: [signed]
                         Print Name: LILIAN GUTERRES
                         (☒) Plaintiff/Petitioner  ( ) Defendant/Respondent
                         ( ) Counsel for *

☐ **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____     Signature: _____
                         Print Name: _____
                         ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                         ( ) Counsel for *

*If representing more than one party, counsel must indicate name of each party responding.*

1
2                                        Case Number: __C07 4966__
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                   **IN**
10                        **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of __LILIAN GUTERRES (X06710)__ for the last six months
14 __Valley State Prison for Women__ [prisoner name] where (s)he is confined.
   [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ __-0-__ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ __200.00__.
18
19 Dated: __10/2/07__                        _____
20                                            [Authorized officer of the institution]
21
22
23
24
25
26
27
28


