LEGAL MAIL - CONFIDENTIAL

SBA

Lilian Gutierres (X06750)
VSPW-C3-26-1U
P.O. Box 96
Chowchilla, CA 93610-0096

Mr. Richard W. Wieking
The Clerk of the Court
U.S. District Court - Northern District
450 Golden Gate Avenue
San Francisco, California 94102

Re: In Re Lilian Gutierres vs Superior Court et al
Case No.: C 07 4966/2:07-cv-01899-GEB-EFB

FILED
07 NOV 13 PM 3:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

November 7, 2007

Dear Sir/Madam:

Referencing the above cause of action, on or about October 17, 2007 I returned, fully completed, the received "Informa Pauperis for Indigency Declaration and Printout of Inmate Account for further processing of case duly. All logged "Legal Mail" by facility officials.

However as of date, nothing has been received or noted as to status of aforesaid. Therefore, it is greatly appreciated if you will forward all information without further delay to me at the above address. And any or all pertinent information necessary for legal reliefs possible as access to law library here has been so difficult even for duplicating services.

Sincerely,

[signature]