L. GUTIERREZ X06750
VSPW - C3-26-1L
P.O. BOX 96
CHOWCHILLA, CA 93610

LEGAL MAIL

9410243661 C004

Mr. RICHARD WIEKING
THE CLERK OF THE COURT
U.S. DISTRICT COURT - NORTHERN DISTRICT
450 GOLDEN GATE
S.F. CA 94107

FRESNO CA 937
02 NOV 2007 PM 1 T