IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILIAN GUTERRES,

               Petitioner,

  v.

CALIFORNIA SUPERIOR COURT, et al.,

              Respondents.

_____/

No. C 07-04966 SBA (PR)

**<u>JUDGMENT</u>**

     Pursuant to the Order of Dismissal signed today, the petition is DISMISSED WITHOUT PREJUDICE.

     IT IS SO ORDERED.

DATED:_ 5/6/08

                                   _Saundra B Armstrong_
                                 SAUNDRA BROWN ARMSTRONG
                                 UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Guterres4966.jud.wpd

1

2    UNITED STATES DISTRICT COURT

3    FOR THE

4    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    LILIAN GUTERRES,                          Case Number: CV07-04966 SBA

8              Plaintiff,                       **CERTIFICATE OF SERVICE**

9      v.

10   CALIFORNIA SUPERIOR COURT et al,

11             Defendant.

12   _____/

13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14
     That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
15   in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in
     the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's
16   office.

17

18   Lilian  Guterres X06750 / SMCJ 294289
19   California State Prison - Chowchilla
     P.O. Box 92
20   Chowchilla,  CA 93610

21   Dated: May 8, 2008
                                                Richard W. Wieking, Clerk
22                                              By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28

     P:\PRO-SE\SBA\HC.07\Guterres4966.jud.wpd    2